IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                            ORDER

                Plaintiff,

                                                                        08-cr-144-bbc

     v.

KURT SCHELS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Defendant Kurt Schels has asked for a temporary interruption of his sentence so that he may attend the funeral of his sister in Houston, Texas.  The request will be denied.

       Nothing in the law authorizes district courts to grant a temporary interruption of a sentence.  The concept seems to be an ad hoc response to particularly serious and unusual situations for which the law provides no mechanism for release.

       There is no doubt that defendant has been shaken by the sudden death of his sister is a serious event and that he and his family want to be together at this difficult time. However, defendant is serving a term of imprisonment for valid reasons, having to do with the protection of the community and being held accountable for a widespread drug distribution scheme.  It is one of the least pleasant aspects of prison that inmates are unable

1

to be with their families at difficult times, but it is an inevitable consequence of being held accountable for the damage the inmate has done to society.

As sorry as I am for defendant and his family that they have lost such an important member of their family, I am not persuaded that it would be in the best interests of society to allow defendant to travel to Houston, Texas with his family to be present with his family at the funeral. Therefore, defendant's request is DENIED.

Entered this 12th day of June, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge